SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar No. 8264

KARISSA D. NEFF
Assistant United States Attorney
Nevada Bar No. 9133
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Karissa.Neff@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Bo Zhang, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>U.S. Citizenship and Immigration Services<br>Las Vegas Field Office,<br><br>　　　　Defendant. | Case No. 2:24-cv-02152-JCM-EJY<br><br>**Stipulation and Order to Dismiss Case with Prejudice** |

　　　　Plaintiff, Bo Zhang, through counsel, and the United States of America on behalf of Federal Defendants, through undersigned counsel, hereby stipulate and agree as follows:

　　　　1.  Pursuant to a Stipulation and Order entered by this Court, the parties stipulated and agreed that Plaintiff's 8 U.S.C. § 1447(b) claim would be withdrawn to allow jurisdiction to return the United States Citizenship and Immigration Services ("USCIS") for review and adjudication of Plaintiff's N-400 Application for Naturalization ("Application") (ECF No. 9).

　　　　2.  The parties further stipulated and agreed that USCIS would, within 120 days of the order granting the stipulation, adjudicate the Plaintiff's Application (ECF No. 9)

　　　　3.  Whereas, USCIS had adjudicated Plaintiff's Application, the parties, as agreed in the Stipulation and Order (ECF No. 9), the parties now stipulate and agree that Plaintiff's

1 | complaint against the United States defendant be dismissed with prejudice, with each party
2 | to bear its own fees and costs.
3 |       IT IS SO STIPULATED.
4 |       Dated: April 22, 2025

SIGAL CHATTAH
United States Attorney

/s/ Yao (Kelvin) Wen, Esq.
YAO (KELVIN) WEN, Esq.
Nevada State Bar No. 14299
411 E. Bonneville Ave. #150
Las Vegas, Nevada 89101

/s/ Karissa D. Neff
KARISSA D. NEFF
Assistant United States Attorney

*Attorneys for the United States*

*Attorney for Plaintiff*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
**DATED:** May 1, 2025